**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

0 8 - 1 5 6

|  |  |  |
|---|---|---|
| Verlin J. Alexander,<br>Plaintiff, | : |  |
|  | : |  |
| v. | : | Civil Action No. To be provided |
|  | : |  |
| Several Unknown Named ATF,<br>U.S. Marshal, and FBI Agents,<br>and | : | Declaration in Support of Motion<br>to Proceed in Forma Pauperis |
| Several Unknown Named Delaware<br>State Police and Delaware<br>Probation and Parole Agents,<br>Defendants. | : |  |

I, Verlin J. Alexander, am the plaintiff in the above titled
case. In support of my motion to proceed without being required to prepay
fees or cost or give security therefore, I state that because of my poverty
I am unable to pay the cost of said proceedings or to give security therefore
and I believe that I am entitled to redress.

I declare that the responses which I have made below are true.

1. If you are presently employed, state the amount of your salary wage
per month, and give the address of your employer: **Not Applicable**

2. If you are not presently employed, state the date of your last employment
and amount of your salary that you received and how long you were at that
employment: **December 2006, approximately 1 year, $7.50 HR. 40 HR. Week**

3. Have you received in the past 12 months, any money from any of the
following sources:

    A. Bussiness, proffesion or form of self-employment? **No**

    B. Rent payments, interest or dividends? **No**

    C. Pensions, annuities, or life insurance payments? **No**

    D. Gifts or inheritances? **No**

    E. Any form of public assistance? **No**

    F. Any other source? **No**

If the answer is yes to any of the above sources, describe each source
of money, and amount received in past 12 months: **Not Applicable**

4. Do you have any cash in a checking or savings acount? **No**

5. Do you own any type of real estate, stock, bonds, note, automobiles, 'or any other valuable property? **No**

6. List persons who are dependant upon you for support: **Not Applicable**

7. If you live in a rented apartment or other rented building, state the amount of rent you pay: **Not Applicable**

8. State any special financial circumstances which the court should consider in this application: **The plaintiff is an indigent inmate within a state correctional facility**


I understand that a false statement or answer to any questions in this declaration will subject me to the penelties of perjury.

I DECLARE UNDER THE PENELTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Signed this _____ || TH _____ day of _____ MARcH _____, 2008.

Verlin J. Alexander

Jan, 5, 1948
Date of Birth

Social Security Number