08-156
(JJF)

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Verlin Alexander   SBI#: 098978

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: April 3, 2008

FILED
APR 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

Attached are copies of your inmate account statement for the months of October 1, 2007 to March 31, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 24.91 |
| Nov | 37.96 |
| Dec | 26.52 |
| Jan | 23.47 |
| Feb | 108.06 |
| March | 49.32 |

Average daily balances/6 months: 45.04

Attachments
CC: File

Stacy Shane
4/3/08

Janette Asbury
4/3/08

# Individual Statement
## From October 2007 to December 2007

Date Printed: 4/3/2008    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00098778 | ALEXANDER | VERLIN | J | | Beginning Month Balance: | $0.00 |
| Current Location: | E | | | | Ending Month Balance: | $32.18 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 10/1/2007 | $20.00 | $0.00 | $0.00 | $20.00 | 493941 | 10070610779 | | L ALEXANDER |
| Medical | 10/4/2007 | ($3.12) | $0.00 | $0.00 | $16.88 | 496209 | | 9/13/07 | |
| Visit | 10/9/2007 | $20.00 | $0.00 | $0.00 | $36.88 | 496997 | 08662765844-04497 | | L ALEXANDER |
| Canteen | 10/10/2007 | ($15.85) | $0.00 | $0.00 | $21.03 | 497532 | | | |
| Canteen | 10/16/2007 | ($21.03) | $0.00 | $0.00 | $0.00 | 500081 | | | |
| Supplies-MailPosta | 10/16/2007 | $0.00 | $0.00 | ($3.32) | $0.00 | 500922 | | INDIGENT 10/1/07 | |
| Mail | 10/23/2007 | $60.00 | $0.00 | $0.00 | $60.00 | 504243 | 08808883047 | | CRYSTAL SMITH ALEX |
| Supplies-MailPosta | 10/25/2007 | ($3.32) | $0.00 | $0.00 | $56.68 | 505892 | | INDIGENT 10/1/07 | |
| Canteen | 10/30/2007 | ($25.98) | $0.00 | $0.00 | $30.70 | 506382 | | | |
| Canteen | 11/6/2007 | ($20.10) | $0.00 | $0.00 | $10.60 | 510274 | | | |
| Mail | 11/6/2007 | $60.00 | $0.00 | $0.00 | $70.60 | 510547 | 08810245839 | | C SMITH |
| Supplies-MailPosta | 11/13/2007 | $0.00 | $0.00 | ($1.99) | $70.60 | 512849 | | 10/28/07 | |
| Canteen | 11/13/2007 | ($23.77) | $0.00 | $0.00 | $46.83 | 512978 | | | |
| Canteen | 11/20/2007 | ($25.48) | $0.00 | $0.00 | $21.35 | 516106 | | | |
| Canteen | 11/27/2007 | ($16.89) | $0.00 | $0.00 | $4.46 | 518130 | | | |
| Supplies-MailPosta | 11/29/2007 | ($1.99) | $0.00 | $0.00 | $2.47 | 520773 | | 10/28/07 | |
| Canteen | 12/4/2007 | ($2.17) | $0.00 | $0.00 | $0.30 | 522556 | | | |
| Canteen | 12/11/2007 | ($0.28) | $0.00 | $0.00 | $0.02 | 525964 | | | |
| Mail | 12/12/2007 | $60.00 | $0.00 | $0.00 | $60.02 | 527177 | 08781964672 | | C ALEXANDER |
| Canteen | 12/18/2007 | ($27.61) | $0.00 | $0.00 | $32.41 | 528778 | | | |
| Visit | 12/26/2007 | $20.00 | $0.00 | $0.00 | $52.41 | 531691 | 5726685084-07881 | | C ALEXANDER |
| Canteen | 12/26/2007 | ($20.23) | $0.00 | $0.00 | $32.18 | 532059 | | | |

Ending Month Balance: $32.18

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($12.86)

## Individual Statement
### From January 2008 to March 2008

| Date Printed: | 4/3/2008 | | | | | | | | Page 1 of 2 |
|---|---|---|---|---|---|---|---|---|---|
| SBI | Last Name | First Name | MI | Suffix | | | | | |
| 00098778 | ALEXANDER | VERLIN | J | | | | Beginning Month Balance: | $32.18 | |
| Current Location: | E | | | Comments: | | | Ending Month Balance: | $13.49 | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/2/2008 | ($28.85) | $0.00 | $0.00 | $3.33 | 535281 | | | |
| Canteen | 1/10/2008 | ($3.15) | $0.00 | $0.00 | $0.18 | 541216 | | | |
| Mail | 1/14/2008 | $50.00 | $0.00 | $0.00 | $50.18 | 542177 | 101070968746 | | C SMITH |
| Canteen | 1/22/2008 | ($23.53) | $0.00 | $0.00 | $26.65 | 544710 | | | |
| Canteen | 2/5/2008 | ($24.16) | $0.00 | $0.00 | $2.49 | 551571 | | | |
| Mail | 2/6/2008 | $60.00 | $0.00 | $0.00 | $62.49 | 552575 | 101070971309 | | C ALEXANDER |
| Mail | 2/12/2008 | $200.00 | $0.00 | $0.00 | $262.49 | 554654 | 08876765861 | | C ALEXANDER |
| Supplies-MailPosta | 2/12/2008 | $0.00 | $0.00 | ($1.82) | $262.49 | 554910 | | 2/10/08 | |
| Supplies-MailPosta | 2/12/2008 | $0.00 | $0.00 | ($1.99) | $262.49 | 554977 | | 2/10/08 | |
| Canteen | 2/12/2008 | ($20.33) | $0.00 | $0.00 | $242.16 | 554993 | | | |
| Pay-To | 2/14/2008 | ($25.00) | $0.00 | $0.00 | $217.16 | 556709 | | MARY LOU NEWSOM DCI | |
| Pay-To | 2/14/2008 | ($25.00) | $0.00 | $0.00 | $192.16 | 556743 | | 2/10/08 | |
| Supplies-MailPosta | 2/15/2008 | ($1.82) | $0.00 | $0.00 | $190.34 | 557635 | | 2/10/08 | |
| Supplies-MailPosta | 2/15/2008 | ($1.99) | $0.00 | $0.00 | $188.35 | 557656 | | | |
| Canteen | 2/19/2008 | ($78.14) | $0.00 | $0.00 | $110.21 | 558309 | | | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($1.82) | $110.21 | 559401 | | 2/10/08 | |
| Canteen | 2/21/2008 | $16.50 | $0.00 | $0.00 | $126.71 | 559917 | | REFUND | |
| Canteen | 2/26/2008 | ($23.99) | $0.00 | $0.00 | $102.72 | 561143 | | | |
| Pay-To | 2/27/2008 | ($15.00) | $0.00 | $0.00 | $87.72 | 562384 | | MARY LOU NEWSOM | |
| Canteen | 3/4/2008 | ($58.96) | $0.00 | $0.00 | $28.76 | 564578 | | | |
| Supplies-MailPosta | 3/4/2008 | ($1.82) | $0.00 | $0.00 | $26.94 | 565518 | | | |
| Mail | 3/7/2008 | $60.00 | $0.00 | $0.00 | $86.94 | 567425 | 57332813659 | 2/17/08 | C SMITH |
| Canteen | 3/11/2008 | ($21.54) | $0.00 | $0.00 | $65.40 | 568094 | | | |
| Supplies-MailPosta | 3/13/2008 | $0.00 | $0.00 | ($1.99) | $65.40 | 570090 | | 2/17/08 | |
| Supplies-MailPosta | 3/13/2008 | ($1.99) | $0.00 | $0.00 | $63.41 | 570651 | | 2/13/08 | |
| Supplies-MailPosta | 3/17/2008 | $0.00 | $0.00 | ($1.65) | $63.41 | 571258 | | | |
| Canteen | 3/18/2008 | ($23.44) | $0.00 | $0.00 | $39.97 | 571555 | | | |
| Pay-To | 3/18/2008 | ($15.00) | $0.00 | $0.00 | $24.97 | 572059 | | MARY LOU NEWSOM | |
| Supplies-MailPosta | 3/18/2008 | $0.00 | $0.00 | ($2.16) | $24.97 | 572129 | | 2/25/08 | |
| Mail | 3/19/2008 | $20.00 | $0.00 | $0.00 | $44.97 | 572820 | 93379299153 | | A RIGHT |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($2.67) | $44.97 | 572874 | | 3/17/08 | |

# Individual Statement
## From January 2008 to March 2008

Date Printed: 4/3/2008                                                                                                          Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00098778 | ALEXANDER | VERLIN | J | | Beginning Month Balance: | $32.18 |
| Current Location: | E | | | | Ending Month Balance: | $13.49 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($1.31) | $44.97 | 572875 | | 3/17/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($1.31) | $44.97 | 572876 | | 3/17/08 | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($1.31) | $44.97 | 572943 | | 3/17/08 | |
| Supplies-MailPosta | 3/20/2008 | $0.00 | $0.00 | ($0.97) | $44.97 | 572944 | | 3/17/08 | |
| Supplies-MailPosta | | $0.00 | $0.00 | ($1.48) | | 573769 | | | |
| Canteen | 3/25/2008 | ($31.48) | $0.00 | $0.00 | $13.49 | 574366 | | 3/2/08 | |

Ending Month Balance: $13.49

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($12.86)

I/M Verlin Alexander
SBI# 098778   UNIT E-C-23-B
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
15 APR 2008 PM 2 L

United States District Court
c/o Clerk of Courts
844 North King Street
Lockbox #18
Wilmington, Delaware
19801