OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 19, 2008

TO:  Verlin Alexander
     SBI# 098778
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

**RE:  Deficiency for Lack of Original Signature; 08-156(JJF)**

Dear Mr. Alexander:

Papers have been received by the Clerk's Office for filing in the above matter which do **not** conform to the Federal Rules of Civil Procedure, Rule 5.

Your papers will be docketed but no action will be taken by the Court until the discrepancy is corrected. In order for your document to be acceptable for filing, **your document must have an original signature**.

Your corrected filing should be sent to this office for processing.

**KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.**

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc: Returned Authorization Form