IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERLIN ALEXANDER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08-156-JJF ) |
| SEVERAL UNKNOWN NAMED ATF AGENTS, U.S. MARSHALS, FBI AGENTS, DELAWARE STATE POLICE, DELAWARE PROBATION AND PAROLE OFFICERS, | ) ) ) ) ) ) |
| Defendants. | ) |

RECEIVED MAY 23 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE
BD Scanny

**AUTHORIZATION**

I, Verlin Alexander, SBI #98778, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $21.55, and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated April 18, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: May 9, 2008.

_____
Signature of Plaintiff

I/M Verlin Alexander
SBI# 098778   UNIT E-C-23-B
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
22 MAY 2008 PM 2 L

Office of the Clerk
United States District Court
844 N. King St., LockBox #18
Wilmington, Delaware
19801