IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERLIN ALEXANDER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 08-156-JJF |
| | : |
| SEVERAL UNKNOWN NAMED ATF AGENTS, SEVERAL UNKNOWN NAMED U.S. MARSHALS, SEVERAL UNKNOWN NAMED FBI AGENTS, SEVERAL UNKNOWN NAMED DELAWARE STATE POLICE, and SEVERAL UNKNOWN NAMED DELAWARE PROBATION AND PAROLE OFFICERS, | : |
| | : |
| Defendants. | : |

## ORDER

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall cause a copy of this Order to be mailed to Plaintiff.

2. Plaintiff's habeas corpus claim with request for injunctive relief is **DISMISSED**. Plaintiff may **PROCEED** with the remaining claims against the Unknown Defendants.

3. The Complaint lists Unknown Defendants. Plaintiff shall **IDENTIFY** the Unknown Defendants within **ninety (90) days** and file a motion for an Order directing amendment of the caption and service of the Complaint on them. Failure to identify the

Unknown Defendants within the ninety (90) days may result in dismissal of the Complaint.

_July 29, 2008_  
DATE

_/s/ Joseph J. Farnan_  
UNITED STATES DISTRICT JUDGE