## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Verlin Alexander                      :
      Plaintiff,                   :
                            :   **Civil Action No. 08-156-JJF**
     v.                               :
                            :
Several Unknown Named                 :
ATF Agents, et al.                    :
        Defendants.                 :
                            :

F I L E D

AUG 1 9 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### MOTION TO AMEND CAPTION AND SERVICE OF THE COMPLAINT

Now comes the plaintiff, Verlin Alexander, pro se, respect-fully requests this Honorable Court to amend the caption of the defendants so that service can be completed upon them. This is in response to the Court's order dated July 29, 2008. The plaintiff amends as follows:

1. Plaintiff filed a § 1983 claim listing all defendants as unknown named defendants.

2. Plaintiff seeks to have all of the unkown named defendants dismissed without prejudice at this present time.

3. Plaintiff seeks to add **CPL. Joseph J. Trala (2321)** of the New Castle County Police Department as a defendant. CPL. Trala was the originator of the arrest warrant that was lodged against the plaintiff. The complaint can be served upon CPL. Trala at the following address:

   **CPL. Joseph J. Trala**
   **New Castle County Police Department**
   **3601 N. DuPont Highway**
   **New Castle, Delaware  19720**

4. Plaintiff has attached a copy of the arrest warrant with this motion.

5. After complaint has been served upon CPL. Trala, the plaintiff will file discovery upon the defendant, where at which time discovery has been made, the plaintiff will seek leave from the court to amend his complaint once again to list the previously unknown defendants.



Vital., Alexander
SBI# 098778, C-C23-B
James T. Vaughn
Correctional Center
1181 Paddock Rd.
Smyrna, Del. 19977

WILMINGTON DE 197
18 AUG 2008 PM 3 L

Office of The Clerk
United States
District Court
Lockbox #18
Wilmington, Del. 19801-3570